```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 06 B 12660
   MARLO MOORE
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

       Debtor
   SSN XXX-XX-9170

--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
       The case was filed on 10/05/2006 and was confirmed 12/18/2006.

       The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

       The case was dismissed after confirmation 08/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
M&T MORTGAGE CORP        CURRENT MORTG         .00              .00           .00
M&T MORTGAGE CORP        MORTGAGE ARRE    16787.95              .00           .00
CITIBANK                 UNSECURED       NOT FILED              .00           .00
FIRST REVENUE ASSURANCE  UNSECURED       NOT FILED              .00           .00
HARRIS                   UNSECURED       NOT FILED              .00           .00
HSBC/RS                  UNSECURED       NOT FILED              .00           .00
HSTN FUNDING             UNSECURED          905.57              .00           .00
MEDICAL COLLECTION       UNSECURED       NOT FILED              .00           .00
NICOR GAS                UNSECURED       NOT FILED              .00           .00
VATIV RECOVERY SOLUTIONS UNSECURED         4594.51              .00           .00
PAY DAY LOAN STORE       UNSECURED       NOT FILED              .00           .00
PROVIDIAN                UNSECURED       NOT FILED              .00           .00
RESURGENT CAPITAL SERVIC UNSECURED         3274.29              .00           .00
UNIV FIDELITY            UNSECURED       NOT FILED              .00           .00
PAYDAY LOANS             UNSECURED       NOT FILED              .00           .00
WEST ASSET MANAGEMENT    UNSECURED       NOT FILED              .00           .00
WESTERN INTL UNV ONLINE  UNSECURED       NOT FILED              .00           .00
SPRINT-NEXTEL CORP       UNSECURED          365.55              .00           .00
BENNIE W FERNANDEZ       DEBTOR ATTY       2,474.00                       2,167.14
TOM VAUGHN               TRUSTEE                                            131.98
DEBTOR REFUND            REFUND                                                .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  2,299.12

PRIORITY                                                     .00
SECURED                                                      .00
UNSECURED                                                    .00
ADMINISTRATIVE                                          2,167.14

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 12660 MARLO MOORE
```

```
TRUSTEE COMPENSATION                                           131.98
DEBTOR REFUND                                                     .00
                                     ---------------    ---------------
TOTALS                                      2,299.12           2,299.12
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 12/03/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 06 B 12660 MARLO MOORE